

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                         CASE NO:  3:05-cr-248-J-32MCR

FLORINDA VILLALOBOS-UMANZOR
_____

### ORDER

This cause came on to be heard on July 28, 2005, for the scheduled Waiver of Indictment/Change of Plea Hearing at which counsel for the defendant announced the defendant's desire to waive indictment.  Defendant was advised of the charges and maximum penalties therefor and of her rights concerning waiver of indictment.  The defendant executed a Waiver of Indictment in open Court.  The Court finds the defendant knowingly, intentionally, voluntarily and freely waived her right to require the United States to present this case to a Federal Grand Jury and consented to prosecution by information.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of July, 2005.

_____
THOMAS E. MORRIS
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Gallagher)
William Charles Fletcher, Esquire